**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARK A. KILE,

    Plaintiff,

v.                                                         Case No: 5:16-cv-124-Oc-30PRL

SOUTHEAST MILK, INC. and
STEVE KENNEDY,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #20). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of July, 2016.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record